IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH GOODWIN, et al., | CASE NO. 1:14-CV-2670 |
| Plaintiff | JUDGE SOLOMON OLIVER, JR. |
| vs. | |
| City of Cleveland, OH, et al. | NOTICE OF APPEARANCE |
| Defendants | |

On behalf of Plaintiff, now comes Attorney Walter T Madison hereby providing notice of his appearance in the above caption matter.

        Respectfully Submitted,
        *Law Office of Walter T Madison, LLC*

        /s/ Walter T Madison
        _____
        **Walter T. Madison #0071722**
        **Attorney at Law**
        **Malone Building – Ste. 201**
        **209 S. Main Street**
        **Akron, Ohio 44308**
        **(330) 294-0716**
        **(3300 294-0823 Fax**

## Certificate of Service

I hereby certify that on January 1, 2015, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

Respectfully Submitted

/s/ Walter T Madison
_____
Walter T Madison
Attorney for Plaintiff