UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS WINSTON, Administrator of the Estate of T.R., Deceased, | ) ) ) | Case No.: 1:14 CV 2670 |
| Plaintiffs | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| CITY OF CLEVELAND, *et al.*, | ) ) | |
| Defendants | ) | <u>ORDER</u> |

Pending before the court is Defendants Timothy Loehmann and Frank Garmback's Motion to Stay Civil Proceedings Pending Criminal Proceedings (ECF No. 22). At a hearing held on the Motion on June 1, 2015, at 3:30 p.m., that Motion was granted in part and denied in part. In light of the concerns of Defendants Loehmann and Garmback regarding their Fifth Amendment rights, discovery is stayed as to them for a period of sixty days from the date of this Order, after which this court will reassess whether the stay should be lifted or modified. However, Defendants Loehmann and Garmback must file an answer by June 22, 2015. This case is not stayed relative to the City of Cleveland.

The court will hold a case management conference with counsel for the parties will be held on June 25, 2015, at 11:00 a.m.

IT IS SO ORDERED.

/S/ SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

June 1, 2015