IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS WINSTON, *et al.*, | ) | CASE NO. 1:14CV02670 |
| | ) | |
| Plaintiffs, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| vs. | ) | **DEFENDANTS MOTION TO REDACT** |
| | ) | |
| CITY OF CLEVELAND, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Defendants Timothy Loehmann and Frank Garmback respectfully request that this Honorable Court redact their home addresses from any documents filed with this Court. Plaintiff has disregarded the rules of redaction and has placed privileged information on the public Court docket system. (ECF 17 and 14).

The Sixth Circuit in *Kallstrom v. City of Columbus* has determined that

> "police officers' privacy interest in preserving their home addresses and telephone numbers 'do…implicate a fundamental liberty interest, specifically their interest in preserving their lives and the lives of their family members, as well as preserving their personal security and bodily integrity." 136 F.3d 1055, 1062 (6th Cir. 1998) also discussed in *Harris v. City of Cleveland*, 190 F.R.D. 215, 218 (N.D. Ohio 1999).

Further, the Ohio Public Records Act prohibits the release of peace officer home addresses. (O.R.C. 149.43).

At all relevant times, Defendants Loehmann and Garmback were Cleveland Police Officers. There is absolutely no need to release the home addresses of this individual Officer to the public. In fact, the original Complaint was properly filed without their home addresses, while counsel found the need to insert them into the Motion to Appoint Process Server and the Amended Complaint.

For the reasons stated above, Defendants respectfully request that this Court redact any and all references to his home address from the referenced complaints, specifically the Motion to Appoint Process Server [ECF 17] and the Amended Complaint [ECF 14] and the Court Docket.

Respectfully submitted,

*/s/ Kathryn M. Miley*
Ernest L. Wilkerson, Jr. (#0036972)
Kathryn M. Miley (#0067084)
Wilkerson and Associates Co., LPA
1422 Euclid Ave, Suite 248
Cleveland, OH 44115
(216) 696-0808; (216) 696-4970 facsimile
ewilkerson@wilkersonlpa.com
kmmiley@wilkersonlpa.com
Attorneys for Defendants Loehmann and Garmback

CERTIFICATE OF SERVICE

A copy of the foregoing was served on the parties through the Court's electronic filing system this 18th day of June, 2015.

                                               */s/ Kathryn M. Miley*
                                               Ernest L. Wilkerson, Jr.
                                               Kathryn M. Miley

City\Winston\motion to redact