UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS WINSTON, Administrator | ) | Case No.: 1:14 CV 2670 |
| of the Estate of T.R., Deceased, *et al.*, | ) | |
| | ) | |
| Plaintiffs | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF CLEVELAND, *et al.*, | ) | |
| | ) | CASE MANAGEMENT |
| Defendants | ) | CONFERENCE ORDER |

A case management conference was held with counsel for the parties in the within case on June 30, 2015, 11:00 a.m.

All parties do not consent to Magistrate Judge jurisdiction.

The case is assigned to the complex track.

The parties will have until October 15, 2015, to join parties and/or amend the pleadings.

Plaintiffs will provide names of experts and expert reports by January 15, 2016. Defendants will provide names of experts and expert reports by February 15, 2016. The cut-off date for fact discovery is February 15, 2016. The cut-off date for expert discovery is March 15, 2016. The dispositive motion cut-off date is April 29, 2016.

Current counsel for all parties and potential counsel for Plaintiffs Samaria Rice ("Ms. Rice") and her daughter, T.R., discussed on the record the pending Motion for Leave to Substitute Counsel (ECF No. 42). Counsel seeking to be substituted explained that Miss Rice only seeks to substitute counsel for her individual claims and the individual claims of her daughter, not for the Estate. Current counsel for Miss Rice was given seven days to respond to the pending Motion. On July 7,

2015, current counsel for all Plaintiffs, Mr. Walter Madison and Mr. Benjamin Crump, called the court to inform the court that they have no objection to the granting of the Motion to Substitute new counsel for Ms. Rice and her daughter. They will continue as counsel for the Estate and other parties. As a consequence, the court hereby grants the Motion for Leave to Substitute Counsel for Ms. Rice and her daughter as requested in the Motion. Mr. Madison and Mr. Crump shall continue to represent all other Plaintiffs.

This case will automatically be entered into the court's electronic filing system and all further documents, notices and orders in this matter must be filed electronically rather than on paper. If you have any questions or need assistance, please call the court's Electronic Filing Help Desk at 1-800-355-8498.

IT IS SO ORDERED.


/S/ SOLOMON OLIVER, JR.
CHIEF JUDGE
UNITED STATES DISTRICT COURT

July 7, 2015