IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS WINSTON, as Administrator of the Estate of TAMIR RICE, Deceased | 1:14-CV-02670-SO |
| Plaintiff | JUDGE SOLOMON OLIVER, JR |
| vs. | |
| TIMOTHY LOEHMANN, et. al. | PLAINTIFF'S NOTICE OF FILING INITIAL DISCLOSURES |
| Defendants | |

**COME NOW**, Plaintiffs DOUGLAS WINSTON, as Administrator of the Estate of TAMIR RICE; and LEONARD WARNER, Individually as the Natural Father of TAMIR RICE; pursuant to Federal Rules of Civil Procedure 26 and this Court's Order, and hereby files Notice of Plaintiffs' Initial Disclosures.

          Respectfully Submitted,
          *Law Office of Walter T Madison, LLC*

          /s/ Walter T Madison
          _____
          **Walter T. Madison #0071722**
          **Jasmine Rand, Pro Hac Vice**
          **Ben Crump, Pro Hac Vice**
          **Daryl Parks, Pro Hac Vice**
          **Attorney at Law**
          **Malone Building – Ste. 201**
          **209 S. Main Street**
          **Akron, Ohio 44308**
          **(330) 294-0716**
          **(3300 294-0823 Fax**

## Certificate of Service

The undersigned certifies that NOTICE OF PLAINTIFFS' INITIAL DISCLOSURES was filed electronically on JULY 9, 2015. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Respectfully Submitted

/s/ Walter T Madison
_____
Walter T Madison
Attorney for Plaintiff