UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2016 APR 25 AM 8: 59
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| Winston, et al, | ) CASE NO. 1:14-cv-2670 |
| Plaintiffs, | ) JUDGE SOLOMON OLIVER, JR. |
| vs. | ) Judge Dan Aaron Polster, Mediator |
| City of Cleveland et al, | ) ORDER |
| Defendants. | ) |

At the request of the parties, Judge Oliver referred this case to me for mediation. I conducted an all-day session April 1, 2016, followed by multiple telephonic communications. The parties have reached the following settlement, which is subject to approval by the Probate Court.

1. The City of Cleveland shall pay $6,000,000 to settle all claims by all plaintiffs against all defendants. The City shall pay $3,000,000 in 2016 and $3,000,000 in 2017.

2. The $6,000,000 settlement shall be allocated as follows among the claims of the three plaintiffs:

   A. Claims of the Estate of Tamir Rice: $5,500,000.00

   B. Claims of Samaria Rice: $250,000.00

   C. Claims of T.R.: $250,000.00

3. There is no admission of wrongdoing, and all plaintiffs will execute full releases against the City of Cleveland and all individual defendants.

4. The undersigned retains jurisdiction to insure that the Settlement Agreement is negotiated and agreed among all parties, and is presented to the Probate Court for approval.

**SO ORDERED.**

_____
United States District Judge